# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CASEY FLEMING, ROBERT KING, and KEVIN CARBONNEAU,<br><br>            Plaintiffs,<br><br>    v.<br><br>TOWN OF OXFORD, ROBERT LANCIANI, individually and in his official capacity, ALISON NOVAK, individually and in her official capacity, KATHLEEN FLYNN, individually and in her official capacity, ALFRED BANFILL, individually and in his official capacity, KENNETH SELLERS, individually and in his official capacity, LAURENT MCDONALD, individually and in his official capacity, RIKE STERRETT, individually and in his official capacity, JENNIFER CALLAHAN individually and in her official capacity, and JENNIFER WARREN-DYMENT individually and in her official capacity, and ROBERT SMALL,<br><br>            Defendants. | CASE NO. 23-CV-40081-MRG |

## AFFIDAVIT OF SERVICE BY CERTIFIED MAIL

I, Tristan P. Colangelo, declare as follows:

    1.    I am a partner of the law firm Kerstein, Coren & Lichtenstein, LLP, counsel for the Plaintiffs in the above-captioned matter.

    2.    I served copies of the summons and the complaint to the defendant, Alison Novak, at her residential address of 10 Brookwood Drive, Johnston, RI 02919.

    3.    I received the return receipt ("green card") from the U.S. Postal Service confirming delivery. A true and accurate copy of the green card is attached hereto.

    4.    The green card was signed on July 21, 2023, by an agent for Ms. Novak.

    5.    Upon inspection of the it appears the return receipt was signed by another individual with the same last name as Ms. Novak, but the first name is illegible.

6.  I attest under the penalty of perjury that the foregoing statements are true and accurate.

_____
Tristan P. Colangelo (BBO# 682202)
Kerstein, Coren & Lichtenstein, LLP
60 Walnut Street, 4th Floor
Wellesley, MA 02481
781-997-1600
tcolangelo@kcl-law.com

Dated: August 8, 2023



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Alison Novak
10 Brookwood Drive
Johnston, RI 02919

9590 9402 8128 2349 7378 99

2. Article Number (Transfer from service label)

9589 0710 5270 0149 2263 37

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): COUDABT MONK
C. Date of Delivery: 7-31-23

D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☒ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ ail
- ☐ ail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt