UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CASEY FLEMING, ROBERT KING, and KEVIN CARBONNEAU,<br><br>Plaintiffs,<br><br>v.<br><br>TOWN OF OXFORD, ROBERT LANCIANI, individually and in his official capacity, ALISON NOVAK, individually and in her official capacity, KATHLEEN FLYNN, individually and in her official capacity, ALFRED BANFILL, individually and in his official capacity, KENNETH SELLERS, individually and in his official capacity, LAURENT MCDONALD, individually and in his official capacity, RIKE STERRETT, individually and in his official capacity, JENNIFER CALLAHAN individually and in her official capacity, and JENNIFER WARREN-DYMENT individually and in her official capacity, and ROBERT SMALL,<br><br>Defendants. | ACTION NO. 4:23-CV-40081-MRG |

### AFFIDAVIT OF ACCEPTANCE OF SERVICE

I, Courtney E. Mayo, hereby declare the following:

1. I am the attorney for defendant Rike Sterrett in this action.

2. On August 10, 2023, I accepted service of the following documents on behalf of Ms. Sterrett:

   a. Summons
   b. Complaint

Signed under the penalties of perjury this 11th day of August, 2023.

_____
Courtney E. Mayo

1